UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| KEITH EDGAR GREB, <br><br> Plaintiff, <br><br> vs. <br><br> Carolyn W. Colvin, Acting Commissioner of Social Security, <br><br> Defendant | Case No.: 12-CV-4397 <br><br> STIPULATION IN SUPPORT OF PLAINTIFF'S THIRD REQUEST FOR EXTENSION OF TIME <br> AND ORDER |

IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the approval of the Court, that plaintiff Keith Greb may have a thirty-day extension until June 21, 2013, in which to file plaintiff's motion for summary judgment. All amended deadlines will be extended accordingly.

This is plaintiff's third request.

Dated: May 24, 2013

*/s / Kenneth J. Collins*
KENNETH J. COLLINS
Attorney for Plaintiff

MELINDA L. HAAG
United States Attorney

Dated: May 24, 2013

*/s / Annabelle J. Yang*
ANNABELLE J. YANG
Special Assistant United States Attorney
(as authorized by email)

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: May 29, 2013

Judge Nandor J. Vadas
United States Magistrate Judge

Stipulation in Support of Plaintiff's Third Request for Extension of Time & ORDER