UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| KEITH EDGAR GREB,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Carolyn W. Colvin, Acting Commissioner of Social Security,<br><br>　　　　Defendant | Case No.: 12-CV-4397<br><br>STIPULATION IN SUPPORT OF PLAINTIFF'S THIRD REQUEST FOR EXTENSION OF TIME<br>AND ORDER |

　　　IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the approval of the Court, that plaintiff Keith Greb may have a thirty-day extension until June 21, 2013, in which to file plaintiff's motion for summary judgment.  All amended deadlines will be extended accordingly.

　　　This is plaintiff's third request.

Dated:  May 24, 2013                              /s / Kenneth J. Collins
　　　　　　　　　　　　　　　　　　　　　　KENNETH J. COLLINS
　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

　　　　　　　　　　　　　　　　　　　　　　MELINDA L. HAAG
　　　　　　　　　　　　　　　　　　　　　　United States Attorney

Dated:  May 24, 2013                              /s / Annabelle J. Yang
　　　　　　　　　　　　　　　　　　　　　　ANNABELLE J. YANG
　　　　　　　　　　　　　　　　　　　　　　Special Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　　　(as authorized by email)

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: May 29, 2013

　　　　　　　　　　　　　　　　　　　　　　Judge Nandor J. Vadas
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge